COMMONWEALTH of Pennsylvania, Respondent,

v.

Tyree TUCKER, Petitioner.

No. 93 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.